The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD E. TRESER,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

CASE NO. C08-0467-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed with 90 days of the date of this Order.

//

//

MINUTE ORDER – 1

1     DATED this 3rd day of March, 2009.

                                             BRUCE RIFKIN, Clerk of Court

                                             By    */s/ V. Perez*
                                                      Deputy Clerk

MINUTE ORDER – 2